UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: B-18-80242 C-13D |
| | ) | |
| **LUSTER J. CRISP,** | ) | |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| RICHARD M. HUTSON, II, Trustee | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Adversary Proceeding Number |
| | ) | 18-09015 |
| CARVANA, LLC, | ) | |
| | ) | |
| **Defendant** | ) | |

**MOTION TO APPROVE SETTLEMENT
OF ADVERSARY PROCEEDING**

NOW COMES Richard M. Hutson, II, the Plaintiff in the above-captioned proceeding ("Plaintiff"), and requests approval of a settlement of the Plaintiff's claims for avoidance of a post-petition lien in favor of Defendant, Carvana, LLC ("Defendant") pursuant to 11 U.S.C. §549(a). In support of this motion, the Plaintiff respectfully shows unto the Court as follows:

1. On July 13, 2018, Plaintiff initiated this adversary proceeding to avoid a lien in favor of Defendant pursuant to 11 U.S.C. §549.

2. After negotiations, Defendant, through counsel, does not contest the validity of the claim asserted by Plaintiff in his Complaint. The lien in favor of Defendant appears to have been perfected on

April 4, 2018 and the elements of 11 U.S.C. §549 appear to have been satisfied.

3. For these reasons, the parties have settled this adversary proceeding, subject to the Court's approval, as follows:

   a. Defendant shall be allowed an unsecured claim of $19,522.45.

   b. The lien of Defendant on the Debtor's 2014 Hyundai Santa Fe ("the automobile") shall be avoided pursuant to 11 U.S.C. §549.

   c. The certificate of title shall be retained by Defendant with its lien intact until successful completion of the Debtor's plan and discharge, at which time the Defendant shall release its lien and forward the certificate of title to the Debtor.

   d. In the event the Debtor converts his case to a case under Chapter 7, Defendant shall release its lien and shall send the certificate of title with the lien released to the appointed Chapter 7 Trustee.

4. Based upon the foregoing, the Plaintiff believes that the settlement of this matter as proposed above is in the best interest of the estate and all creditors.

WHEREFORE, the Plaintiff respectfully requests:

1. The entry of a Consent Judgment approving the settlement of this adversary proceeding as set forth herein, and

2. Such other and further relief as the Court may deem just and proper.

This the 14th day of August, 2018.

    /s/Benjamin E. Lovell
Benjamin E. Lovell
**Attorney for Plaintiff**
P.O. Box 3613
Durham, N.C.  27702
Telephone: (919) 688-8065

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | |
|---|---|
| IN RE: ) | Case No: B-18-80242 C-13D |
| ) | |
| **LUSTER J. CRISP,** ) | |
| ) | |
| **Debtor.** ) | |
| ) | |
| RICHARD M. HUTSON, II, Trustee ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Adversary Proceeding Number |
| ) | 18-09015 |
| CARVANA, LLC, ) | |
| ) | |
| **Defendant** ) | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this day served a copy of the foregoing document upon all parties listed below, by depositing a copy of same in the United States Mail, postage prepaid, and in the manner prescribed by Rule 5 of the Federal Rules of Civil Procedure, or by electronic service through CM/ECF,

| | |
|---|---|
| William P. Miller, Esq.<br>U.S. Bankruptcy Administrator<br>101 South Edgeworth Street<br>Greensboro, NC 27401 | **   CM/ECF   ** |
| John T. Orcutt, Esq.<br>6616-203 Six Forks Road<br>Raleigh, NC 27615 | **   CM/ECF   ** |
| Luster James Crisp<br>276 Poplar Forest Lane<br>Pittsboro, NC 27312 | S. Troy Staley, Esq.<br>Hutchens Law Firm<br>Post Office Box 2505<br>4317 Ramsey Street<br>Fayetteville, NC 28302 |

This the 14th day of August, 2018

/s/Benjamin E. Lovell
Benjamin E. Lovell